**Robert A. MUNOZ, Petitioner,**

v.

**SOCIAL SECURITY
ADMINISTRATION,
Respondent.**

**No. 03–3053.**

United States Court of Appeals,
Federal Circuit.

Jan. 22, 2003.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.

**Richard W. SMITH, Petitioner,**

v.

**DEPARTMENT OF VETERANS
AFFAIRS, Respondent.**

**No. 03–3083.**

United States Court of Appeals,
Federal Circuit.

Jan. 23, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joanne KNIGHT, John A. Malone, James Parker, Luron L. Bailey, Barbara Green, Parthenia Covington, James S. Walters, Makiea Johnson, Jacqueline W. Wilmer, Edith Mitchell, Delores Poplar, Robert Hill, Willa Webb, and Serena Waymon, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 02–5124.**

United States Court of Appeals,
Federal Circuit.

Jan. 23, 2003.

ORDER

The order of dismissal and the mandate dated December 19, 2002 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.